# United States District Court

WESTERN DISTRICT OF WASHINGTON

RAFAEL RIVERA

v.

CITY OF LACEY *et al.*

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5719RBL-KLS

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. Plaintiff's Motion for a stay of Proceedings [Dkt. #10] is **DENIED.**

2. The Court adopts the Report and Recommendation.

3. This action is **DISMISSED WITHOUT PREJUDICE** pursuant to *Heck v. Humphrey,* 512 U.S. 477 (1994).

| May 26, 2009 | BRUCE RIFKIN |
|---|---|
| | Clerk |
| | /s/ Jennie L. Patton |
| | Deputy Clerk |